**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Ronnie Edward BANNER, Jr., a/k/a Ronnie Edward Banner, a/k/a Pellar, Defendant—Appellant.**

**No. 11–7051.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 13, 2011.

Decided: Oct. 18, 2011.

Ronnie Edward Banner, Jr., Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Edward Banner, Jr., appeals the district court's order denying Banner's 18 U.S.C. § 3582 (2006) motion to reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Banner,* No. 5:00–cr–00047–RLV–8 (W.D.N.C. Aug. 4, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*